```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BRANDON CHRISTOPHER JONES,

Defendants.

22-cr-0066 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference in this matter scheduled for May 24, 2022 at 10:30 AM is ADJOURNED to July 12, 2022 at 2:30 PM. In the interest of justice, all time from today to July 12, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendant and to consider whether there are any motions that are appropriate with respect to what has been produced; and for the parties to discuss a potential pretrial disposition of this matter. Defendant consents to the exclusion of time. [*See* ECF No. 22].

IT IS FURTHER ORDERED that on or before July 5, 2022, the parties shall file a joint letter regarding the status of this case.

SO ORDERED.

Date: May 17, 2022
      New York, NY

MARY KAY VYSKOCIL
United States District Judge