

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/6/2022
```

July 1, 2022

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    **United States v. Brandon Jones**
                          **22-Cr-0066**

Dear Judge Vyskocil:

    On December 15, 2021, Mr. Jones was arraigned before the Magistrate Judge, who approved a $100,000 bond with a number of conditions, including a travel restriction to the Southern and Eastern Districts of New York.

    Mr. Jones would like to travel with his wife and three children to Ann Arbor, Michigan, between July 9 and July 19th, to spend some time with his father, who lives there, and to provide his children with a little more room than their small New York apartment allows. The Magistrate Judge previously granted a similar travel request during Christmas last year.

    The government consents to this request. Pretrial Services does not consent, not because of any specific concerns about Mr. Jones, but because a trip out of district presents challenges in enforcing location monitoring conditions. Mr. Jones's compliance with the conditions of his bond has been exemplary, and his previous trip to Michigan during Christmas was also completed without incident. Accordingly, I respectfully ask that despite Pretrial's policy concerns, the Court grant our request to modify Mr. Jones's bond to allow him to travel to Michigan between July 9-19. If granted, Mr. Jones will, of course, keep Pretrial Services apprised of his itinerary.

    Thank you for your consideration.

                                    Sincerely,

                                    /s/

                                  Florian Miedel
                                  *Counsel for Brandon Jones*

**DENIED.  SO ORDERED.**

Date:  7/6/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge