UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2022
```

UNITED STATES OF AMERICA,

-v-

BRANDON CHRISTOPHER JONES,

Defendant.

21-cr-66 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing proceeding that was previously scheduled to take place on January 27, 2023 is ADJOURNED to February 27, 2023 at 11:00 AM.

**SO ORDERED.**

Date:  **November 7, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**