```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   22 Cr. 66-3 (MKV)
    -against-                       :
                                    :   ORDER
Brandon Jones                       :
                                    :
        Defendant                   :
                                    :
------------------------------------X

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to require the defendant reside separately from his children and have no contact with them until a bail review hearing is held.

    Dated: New York, New York
           November 23, 2022

                                    SO ORDERED:

                                    _____
                                    MARY KAY VYSKOCIL
                                    United States District Judge

P a g e | 3