```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRANDON CHRISTOPHER JONES,

                Defendant.

22-cr-66 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Defendant's bail is revoked. The Defendant must surrender to the custody of the United States Marshal on or before 9:00 AM on Tuesday, November 29, 2022 by reporting to the Fourth Floor of the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that counsel provide the Court with an update on the status of the state court proceedings pending against the Defendant on or before November 29, 2022.

**SO ORDERED.**

Date: November 28, 2022
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**