

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**   *United States v. Brandon Christopher Jones*, 22 Cr. 66 (MKV)

Dear Judge Vyskocil:

The Government submits this joint letter to update the Court on the status of defendant Brandon Jones's pending psychosexual evaluation and to request appropriate adjournments of both the current April 7, 2023 submission deadline for the Presentence Investigation Report ("PSR") and the defendant's May 4, 2023 sentencing.

The Probation Office ("Probation") has advised the Government that due to logistical challenges relating to the facility where the defendant is being housed, completion of the psychosexual evaluation is likely to be delayed until the last week of May 2023. On behalf of Probation and with the defense's consent, the Government therefore requests that the PSR submission deadline be adjourned until the second or third week of June.

The parties jointly request that sentencing be set for one month after the new PSR deadline so that the parties have sufficient time to review the PSR and submit their sentencing submissions in accordance with the timeline set forth in the Court's individual rules. Defense counsel is not available during the first two weeks of July, but the parties are otherwise available.

Probation has confirmed to the parties that it will promptly notify the Court and the parties if it learns of further anticipated delays, so that the parties can timely determine whether to seek to proceed to sentencing notwithstanding the unavailability of the psychosexual evaluation.

Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Jane Y. Chong*
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

cc: Florian Miedel, Esq. (by CM/ECF)

---

**Granted. SO ORDERED.** The sentencing is adjourned to June 29, 2023 at 10:30 a.m. The defense submission is due June 15, 2023, and the government submission is due June 22, 2023.

Date: April 5, 2023
New York, New York

Mary Kay Vyskocil
United States District Judge